1

2

3

4

5

6

7

8                        **UNITED STATES DISTRICT COURT**
                         **CENTRAL DISTRICT OF CALIFORNIA**
9

10   MICHELLE ANN CRETELLA,              )   Case No.: 2:21-cv-03292-SHK
                                         )
11              Plaintiff,               )   {~~PROPOSED~~} ORDER AWARDING
                                         )   EQUAL ACCESS TO JUSTICE ACT
12          vs.                          )   ATTORNEY FEES AND EXPENSES
                                         )   PURSUANT TO 28 U.S.C. § 2412(d)
13   KILOLO KIJAKAZI,                    )   AND COSTS PURSUANT TO 28
     Acting Commissioner of Social       )   U.S.C. § 1920
14   Security,                           )
                                         )
15              Defendant                )
                                         )
16   _____)

17          Based upon the parties' Stipulation for the Award and Payment of Equal

18   Access to Justice Act Fees, Costs, and Expenses:

19          IT IS ORDERED that fees and expenses in the amount of $5,100.00 as

20   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21   awarded subject to the terms of the Stipulation.

22   DATE:   9/13/2022

23                              _____
                                THE HONORABLE SHASHI KEWALRAMANI
24                              UNITED STATES MAGISTRATE JUDGE

25

26